# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SALIH M. SAMIM TOTAKHIL,<br><br>        Defendant. | 8:25CR141<br><br>ORDER |

This matter is before the Court on government's Motion to Dismiss (Filing No. 41) of the Superseding Indictment (Filing No. 31) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Superseding Indictment be dismissed without prejudice as to defendant Salih M. Samim Totakhil.

The Motion is granted, and the Superseding Indictment against Salih M. Samim Totakhil is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 21st day of October 2025.

                                                        BY THE COURT:

                                                        Robert F. Rossiter, Jr.
                                                        Chief United States District Court Judge